# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAQUIN ORELLANA CASTANEDA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-cv-4267<br>) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | )<br>)<br>) |
| Respondents. | ) |

## ENTRY OF APPEARANCE

The undersigned hereby respectfully notifies this Court that he will represent the United States Government Defendants, U.S. Department of Homeland Security, John F. Kelly, Elaine C. Duke, U.S. Immigration and Customs Enforcement, Thomas D. Homan, and Matthew T. Albence, in the above-captioned matter. This appearance is made without waiver to service, venue, or jurisdiction.

Dated: July 20, 2017

Respectfully submitted,

/s/ Erez Reuveni
EREZ REUVENI
Senior Litigation Counsel
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington, D.C. 20530
Tel: 202-307-4293
erez.r.reuveni@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this date, I caused a true and correct copy of the foregoing Notice of Appearance to be served by Electronic Court Filing (ECF) on all counsel of record.


Dated:  July 20, 2017                /s/ Erez Reuveni
                                          EREZ REUVENI