UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JOAQUIN ORELLANA CASTANEDA,

                               Plaintiff,

          -against-

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

17-cv-4267
(Bianco, J.)
(Lindsay, M.J.)

        PLEASE TAKE NOTICE that BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, JOSEPH A. MARUTOLLO, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action on behalf of the United States Government Defendants: U.S. Department of Homeland Security, John F. Kelly, Elaine C. Duke, U.S. Immigration and Customs Enforcement, Thomas D. Homan, and Matthew T. Albence.   The undersigned certifies that he is admitted to practice in this Court. This appearance is made without waiver to service, venue, or jurisdiction.

Dated: Brooklyn, New York
       July 20, 2017

                                      BRIDGET M. ROHDE
                                      Acting United States Attorney

                     By:       /s/
                           Joseph A. Marutollo
                           Assistant U.S. Attorney
                           718-254-6288
                           Joseph.marutollo@usdoj.gov