```
SUFFOLK COUNTY: DISTRICT COURT
CENTRAL ISLIP:  NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -X

THE PEOPLE OF THE STATE OF NEW YORK,


        -against-              DOCKET NOS. 2017SU022279,
                                           2017SU026740


GERMAN HERNANDEZ ARGUETA,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -X
                              400 Carleton Avenue
                              Central Islip, New York
                              August 18, 2017


B E F O R E:

        HON. CARL J. COPERTINO
        District Court Judge



A P P E A R A N C E S:

        THOMAS J. SPOTA, ESQ.
        DISTRICT ATTORNEY OF SUFFOLK COUNTY
           400 Carleton Avenue
           Central Islip, New York 11722
        BY: ASHLEY MORUZZI, ESQ.
           ASSISTANT DISTRICT ATTORNEY


        LEGAL AID SOCIETY OF SUFFOLK COUNTY, INC.
        Laurette D. Mulry, Attorney in Charge
           400 Carleton Avenue
           Central Islip, New York 11722
        BY: LISA HALLORAN, ESQ.


                              Reported by:
                              Corinne Barone, RPR
                              Official Court Reporter
```

1    THE CLERK:  German Hernandez Argueta,
2    numbers 92 and 93, with the aid of the Spanish
3    interpreter.
4         MS. HALLORAN:  Your Honor, I believe we
5    have a disposition at this time subject to the
6    Court's approval.
7         MS. MORUZZI:  In regards to calendar 92,
8    docket 2017SU022279, this docket is going to be
9    dismissed in satisfaction of the foregoing plea.
10        In regards to calendar 93, docket
11   2017SU026740, the People have an application to
12   reduce and amend count one, a violation of Penal Law
13   190.23 to now read as a violation of Penal Law
14   240.20, subsection 7.  The bargain for disposition
15   will be time served.
16        MS. HALLORAN:  Your Honor, we join in
17   that application.  At this time I will request six
18   months for my client to pay, please.
19        THE COURT:  How much time?  I'm sorry.
20        MS. HALLORAN:  Six months to pay, please.
21        THE COURT:  All right, may I have your
22   client, sworn?
23        MS. HALLORAN:  Yes, Your Honor.
24        THE CLERK:  Do you swear to tell the
25   truth, the whole truth and nothing but the truth so

1       help you God?

2               THE DEFENDANT:  Yes.

3               THE CLERK:  State your name, address and

4       date of birth.

5               THE DEFENDANT:  German Hernandez Argueta.

6               I don't know the number of the house.

7               THE COURT:  The street then.

8               THE DEFENDANT:  Columbus Avenue, Central

9       Islip.

10              November 22, 1994.

11              THE COURT:  Has anyone forced or

12      threatened you to plead guilty?

13              THE DEFENDANT:  No.

14              THE COURT:  Has anyone made any promises

15      to you other than what you just heard on the record

16      in court in order to get you to plead guilty?

17              THE DEFENDANT:  No.

18              THE COURT:  Have you discussed your case

19      and your plea thoroughly with your attorney?

20              MS. HALLORAN:  He spoke with another

21      attorney in our office.

22              THE DEFENDANT:  That if I was going to

23      come here, yes, that I was going to court.

24              MS. HALLORAN:  You spoke with an attorney

25      in my office about the plea?

```
 1                    THE DEFENDANT:  No.
 2                    MS. HALLORAN:  Not today.  You spoke with
 3       them on another day about the plea.
 4                    THE DEFENDANT:  Yes, the last time that
 5       they brought me here.
 6                    THE COURT:  All right, are you satisfied
 7       that you had full discussions with an attorney
 8       concerning this plea?
 9                    THE DEFENDANT:  No.
10                    THE COURT:  All right, take him back.
11                    MS. HALLORAN:  Can I have a moment,
12       Judge, to speak with him, please?
13                    THE COURT:  There aren't too many moments
14       left in the day.  There are a lot of people waiting
15       here.
16                    (Whereupon, the defendant conferred with
17       his counsel.)
18                    THE COURT:  All right, let me ask you
19       again, have you discussed your case and your plea
20       that you will be entering into today thoroughly with
21       your attorney?
22                    THE DEFENDANT:  Yes.
23                    THE COURT:  Are you satisfied with your
24       attorney's services with respect to the
25       representation that you're getting?
```

```
 1                THE DEFENDANT:  Yes.
 2                THE COURT:  Do you understand that by
 3     pleading guilty, you are giving up your
 4     Constitutional right to a trial by jury, to confront
 5     witnesses against you, to remain silent and to
 6     require the People to prove your guilt beyond a
 7     reasonable doubt?
 8                THE DEFENDANT:  Yes.
 9                THE COURT:  Do you also understand that
10     if your plea of guilty is accepted by this Court to
11     the reduced and amended charge, it would be the same
12     thing as if you were found guilty after trial?
13                THE DEFENDANT:  Uh-huh -- yes.
14                THE COURT:  If your plea of guilty is
15     accepted in this Court, your plea could result in
16     your exclusion, deportation or denial of
17     naturalization.
18                Knowing this, do you still wish to go
19     forward with the plea?
20                THE DEFENDANT:  Yes.
21                THE COURT:  Are you pleading guilty
22     because you are guilty?
23                THE DEFENDANT:  Yes.
24                THE COURT:  Taking you back to the 2nd
25     day of July, 2017, at 2:08 p.m., were you at Motor
```

1  Parkway and Walter Drive in Brentwood in the Town of
2  Islip, County of Suffolk, State of New York?
3              THE DEFENDANT: Yes.
4              THE COURT: On that date, time and place,
5  did you create a hazardous or physically offensive
6  condition by some act which served no legitimate
7  purpose?
8              THE DEFENDANT: Yes.
9              THE COURT: Are the People satisfied?
10             MS. MORUZZI: Yes, Your Honor.
11             THE COURT: Under docket 2017SU026740,
12 how do you plead to violating Penal Law Section
13 240.20, subdivision 7, disorderly conduct, which is
14 a violation and not a crime; guilty or not guilty?
15             THE DEFENDANT: Guilty.
16             THE COURT: Your plea of guilty is
17 accepted.
18             With respect to the sentencing, is there
19 anything further from either side?
20             MS. HALLORAN: No, thank you, Your Honor.
21             MS. MORUZZI: No.
22             THE COURT: Mr. Hernandez, do you wish to
23 be heard before you are sentenced?
24             THE DEFENDANT: No, no.
25             THE COURT: You're sentenced to time

```
 1      served.  The Court imposes the required surcharge of
 2      $120.  You have until February 8, 2018 to pay.  Good
 3      luck, sir.
 4              THE COURT OFFICER:  Defendant is served
 5      right to appeal, civil summons.
 6  ***********************************************************
 7                         CERTIFICATION
 8
 9              I, Corinne Barone, an Official Court
10      Reporter of the County Court of Suffolk County, do
11      hereby certify that the foregoing is a true and
12      accurate transcript of my stenographic notes taken
13      in this matter.
14
15                                  _____
16                                  Corinne Barone, RPR
                                    Official Court Reporter
17
```