**POLICE DEPARTMENT, COUNTY OF SUFFOLK NY**
**ACCREDITED LAW ENFORCEMENT AGENCY**
**ARREST REPORT    PDCS-1045C**

CC: 17-0385307/SPD    ARREST: 018710-17    PIN: 730466

LAST NAME, FIRST MI: HERNANDEZARGUETA, GERMAN E

## ARREST

| DATE OF ARREST | TIME OF ARREST | ARREST TYPE | LOCATION OF ARREST | | |
|---|---|---|---|---|---|
| 07/02/17 | 1408 | SIGHT (SUMMARY) | MOTOR PKWY @ YALTA DR, BRENTWOOD | ( ) INSIDE | (X) OUTSIDE |

| INCIDENT LOCATION: | | OCCURRED: | DATE: 07/02/17 | TO DATE: |
|---|---|---|---|---|
| MOTOR PKWY @YALTA DR    BRENTWOOD, ISLIP | | (X) ON ( ) BETWEEN | TIME: 1408 | TIME: |

| ARRESTING OFFICER: | PID # | SHIELD | RANK | COMMAND |
|---|---|---|---|---|
| WARD, JACK | 34211 | 5462 | PO | 0320 |

| FINGER PRINTED: | PHOTOGRAPHED: | WEAPON (DESCRIBE) |
|---|---|---|
| (X) YES  ( ) NO | (X) YES  ( ) NO | |

| CT | LAW | ART | SUB | CLASS | DEG | CAT | DESCRIPTION | ATT. COMP. |
|---|---|---|---|---|---|---|---|---|
| 001 | PL | 190.23 | | B | 0 | M | FALSE PERSONATION | X |

## ARRESTEE

| LAST NAME | FIRST | MI | NICKNAME / ALIAS | DATE OF BIRTH |
|---|---|---|---|---|
| HERNANDEZARGUETA | GERMAN | E | | 11/22/ |

| ADDRESS | CITY | STATE | ZIP | NYSID# | SOCIAL SECURITY # |
|---|---|---|---|---|---|
| 55 GATES AVE | BRENTWOOD | NY | 11717 | 13923315Q | |

| HOME PHONE | CELL PHONE | CELL CARRIER | EMAIL ADDRESS |
|---|---|---|---|
| | | | |

| MARITAL STATUS | MOTHER'S MAIDEN NAME | CITIZENSHIP | RESIDENCY STATUS | IMMIGRATION STATUS |
|---|---|---|---|---|
| SINGLE | AGUETA AMAYA | EL | Non-Resident | ILLEGAL ALIEN |

| BIRTHPLACE: CITY | COUNTY | STATE | COUNTRY | MILITARY SERVICE |
|---|---|---|---|---|
| | | | | |

| SEX | RACE/ETHNICITY | HEIGHT | WEIGHT | EYE COLOR | EYE DEFECTS | HAIR COLOR | HAIR LENGTH / STYLE |
|---|---|---|---|---|---|---|---|
| M | WHITE HISPANIC | 506 | 130 | BLK | NOR | BLK | CLL STR |

| BUILD | COMPLEXION | L/R HANDED | SPEECH | CLOTHING | MUST/BEARD | VISIBLE SCARS/MOLES | AMPUTATION |
|---|---|---|---|---|---|---|---|
| THN | YEL | R | NOR | DIRTY/SLOPPY/TORN | NON | NON NON | |

| LANGUAGE | TRANSLATOR UTILIZED | GANG MEMBER | GANG NAME | STREET NAME |
|---|---|---|---|---|
| SPA | ( ) YES  (X) NO | ( ) YES  (X) NO | | |

TATTOO (DESCRIBE):

## EMPLOYMENT

| EMPLOYER | | | | PHONE NUMBER |
|---|---|---|---|---|
| UNEMPLOYED | | | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP | GOVERNMENT ENTITY |
|---|---|---|---|---|
| | | | | ( ) YES  ( ) NO |

| OCCUPATION | COLLECTING UNEMPLOYMENT | DISABILITY BENEFITS |
|---|---|---|
| | ( ) YES  ( ) NO | ( ) YES  ( ) NO |

## VEHICLE

| VIN # | PLATE # | STATE | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|
| | | | | | | |

| LICENSE # | DISPOSITION | VIOLATION(S) |
|---|---|---|
| | | |

## DWI

| DWI TEST TYPE: | COURT ORDERED: ( ) YES  ( ) NO | TEST DATE: | TEST TIME: | TEST KIT NUMBER: |
|---|---|---|---|---|
| | | | | |

| TEST ADMINISTERED BY: | TEST LOCATION: |
|---|---|
| | |

**BRIEF DETAILS OF OFFENSE:**
THE DEFENDANT, AT MOTOR PKWY @YALTA DR, BRENTWOOD, IN THE TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT JULY 2, 2017, AT APPROXIMATELY 2:08 P.M., AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, KNOWINGLY MISREPRESENTED HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION; IN THAT, THE DEFENDANT KNOWINGLY MISREPRESENTED HIMSELF AS JOSE AMILCAR ROMERO WITH A DATE OF BIRTH OF 12/12/    TO YOUR DEPONENT IN ATTEMPT TO PREVENT YOU DEPONENT FROM ASCERTAINING THAT HIS REAL NAME AND EVEN AFTER BEING ADVISED OF THE CONSEQUENCES OF SUCH ACTION HE REPEATED HIS NAME WAS JOSE AMILCAR ROMERO.

| REPORTING OFFICER NAME | RANK | SHIELD | COMMAND | PCT | SECTOR |
|---|---|---|---|---|---|
| WARD, JACK | PO | 5462 | 0320 | 03 | 321 |

SHERIFF    PRINT DATE: 07/02/17 PRINT TIME: 20:43:17