## MISDEMEANOR INFORMATION

STATE OF NEW YORK } SS
COUNTY OF SUFFOLK

PIN: 730466

| | |
|---|---|
| ARREST NUMBER | APPEARANCE TICKET NO. |
| 015628-17 | |

The People of the State of New York
-vs-
HERNANDEZARGUETA, GERMAN E
Defendant

ARREST DATE & TIME: 06/01/17  13:50

Name (Complainant): GRAHAM, SHAWN

PID: 75010    PO/6367

of No. 30 YAPHANK AVE  YAPHANK, NY  11980

Sqd. # 0310/3A2

Being duly sworn, says that ON OR ABOUT JUNE 1, 2017, AT APPROXIMATELY 12:51 P.M.

at 193 CALEBS PATH, BRENTWOOD           Town of ISLIP

County of Suffolk, State of New York, the defendant (Name, Address & D.O.B.)  HERNANDEZARGUETA, GERMAN E

55 GATES AVE  BRENTWOOD, NY  11717   D.O.B. 11/22/1994

committed the offense of: FALSE PERSONATION

IN VIOLATION OF PL 190.23     BM0 NYS PENAL LAW

### Count # 001

In That: A PERSON IS GUILTY OF FALSE PERSONATION WHEN AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, HE OR SHE KNOWINGLY MISREPRESENTS HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION.

To Wit: THE DEFENDANT, AT 193 CALEBS PATH, BRENTWOOD, IN THE TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT JUNE 1, 2017, AT APPROXIMATELY 12:51 P.M., AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, KNOWINGLY MISREPRESENTED HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION; IN THAT, THE DEFENDANT, AT 193 CALEBS PATH, BRENTWOOD, IN THE TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT JUNE 1, 2017, AT APPROXIMATELY 12:51 P.M., AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, KNOWINGLY MISREPRESENTED HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION; IN THAT, DID PROVIDE THE DEPONENT WITH A FALSE NAME OF JOSE SALMENTON WITH A DATE OF BIRTH OF ▓▓▓▓▓ HOWEVER THE DOCUMENTS THE DEFENDANT WAS CARRYING WERE IN A DIFFERENT NAME THAN THE ONE HE PROVIDED.  HIS TRUE NAME WAS LATER FOUND TO BE GERMAN ENRIQUE HERNANDEZ ARGUETA
-- CONTINUED ON NEXT PAGE --

(X) This charge is based solely upon complainant's personal knowledge.

( ) This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being: _____

( ) This charge is based solely upon information and belief, the source(s) being: _____

( ) Warrant Requested        ( ) Criminal Summons Requested        ( ) Supporting Documents Attached

SWORN TO BEFORE ME  6 , 1 , 20 17

Signature of Official Administering Oath

Complainant – if Police Officer, Rank, Shield, Squad & Command: PO6367 3013

Printed Name / Rank / Shield of Official Administering Oath

DISTRICT ATTORNEY

## MISDEMEANOR INFORMATION

| | |
|---|---|
| STATE OF NEW YORK } SS<br>COUNTY OF SUFFOLK }<br>PIN: 730466 | ARREST NUMBER: 015628-17<br>APPEARANCE TICKET NO.: |
| The People of the State of New York<br>-vs-<br>HERNANDEZARGUETA, GERMAN E — Defendant | ARREST DATE & TIME<br>06/01/17  13:50 |

Name (Complainant) _____

of No. _____ Sqd. # _____

Being duly sworn, says that _____

at _____ Town of _____

County of Suffolk, State of New York, the defendant (Name, Address & D.O.B.) _____

committed the offense of: _____

### Count #   001

----- CONTINUED FROM PREVIOUS PAGE -----
WITH A DATE OF BIRTH OF ▇▇▇▇▇▇ THE DEFENDANT ADMITTED TO LYING THE DEPONENT BECAUSE THE DEFENDANT ACKNOWLEDGED HAVING AN OUTSTANDING ARREST WARRANT.

(X)  This charge is based solely upon complainant's personal knowledge.

( )  This charge is based upon complainant's personal knowledge **and** on information and belief, the source(s) being:
_____

( )  This charge is based solely upon information and belief, the source(s) being:
_____

( ) Warrant Requested     ( ) Criminal Summons Requested     ( ) Supporting Documents Attached

SWORN TO BEFORE ME ___6___, ___1___, 20 _17_

_____      _____
Signature of Official Administering Oath      Complainant – if Police Officer, Rank, Shield, Squad & Command

_____      DISTRICT ATTORNEY
Printed Name / Rank / Shield of Official Administering Oath