UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAQUIN ORELLANA CASTANEDA and GERMAN HERNANDEZ ARGUETA, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs-Petitioners,<br><br>  -against-<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; Secretary, U.S. Department of Homeland Security, in his/her official capacity; Elaine C. Duke, Acting Secretary, U.S. Department of Homeland Security, in her official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; Thomas D. Homan, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; Matthew T. Albence, Executive Associate Director, U.S. Immigration and Customs Enforcement, in his official capacity; COUNTY of SUFFOLK; Steven Bellone, County Executive, County of Suffolk, in his official capacity; SUFFOLK COUNTY SHERIFF'S OFFICE; Vincent F. DeMarco, Sheriff, Suffolk County Sheriff's Office, in his official capacity; and other individuals in charge to be identified,<br><br>       Defendants-Respondents. | Civil Action No. 17-cv-4267<br><br>(Bianco, J.)<br>(Lindsay, M.J.) |

  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Joaquin Orellana Castaneda and German Hernandez Argueta, on behalf of themselves and all others similar situated (collectively, "Plaintiffs"), and defendants U.S. Department of Homeland Security ("DHS"), DHS Secretary Kirstjen Nielsen, U.S. Immigration and Customs Enforcement ("ICE"), ICE Acting Director Thomas D. Homan, and ICE Executive Associate Director Matthew T. Albence (collectively, the "Federal Defendants"), by and through their respective undersigned attorneys, that:

*Castaneda, et al., v. U.S. Department of Homeland Security, et al.*,

1. This action shall be dismissed against the Federal Defendants without prejudice, with each party to bear its own costs, expenses, and fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Accordingly, the Clerk of the Court is directed to terminate the Federal Defendants from this action.

Dated: December 28, 2017

*Attorneys for Plaintiff*
Aldo A. Badini
Frank S. Restagno
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4620
abadini@winston.com
frestagno@winston.com

Jose Luis Perez
Juan Cartagena
Latino Justice PRLDEF
99 Hudson Street
14th Floor
New York, NY 10012
212-219-3360
jperez@latinojustice.org
jcartagena@latinojustice.org

By: s/Margaret Ciavarella
Margaret Ciavarella
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
212-294-6700
mciavarella@winston.com

Dated: December 28, 2017

*Attorneys for Federal Defendants*

CHAD A. READLER
Acting Assistant Attorney General

BRIDGET M. ROHDE
Acting United States Attorney

2

*Castaneda, et al., v. U.S. Department of Homeland Security, et al.*,

                                            WILLIAM C. PEACHEY
                                            Director, Office of Immigration Litigation
                                            District Court Section

By:    <u>s/Erez Reuveni (with permission)</u>
          Erez Reuveni
          Assistant Director
          U.S. Department of Justice
          Civil Division,
          450 5th Street NW
          Washington, D.C. 20530
          Tel: 202-307-4293
          erez.r.reuveni@usdoj.gov

          Joseph A. Marutollo
          Assistant U.S. Attorney
          271 Cadman Plaza East, 7th Floor
          Brooklyn, New York 11201
          Tel: (718) 254-6288
          Joseph.Marutollo@usdoj.gov

SO ORDERED this

_____ day of _____, 2017

_____
HONORABLE JOSEPH F. BIANCO
United States District Judge