**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. COHEN** | **DEPARTMENT OF LAW** |
| ACTING COUNTY ATTORNEY | |

May 8, 2020

Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Castaneda v. County of Suffolk, et al.*
       17-cv-4267(RRM)(ARL)

Dear Judge Mauskopf,

Pursuant to the Court's individual part rules, enclosed please find the County defendants' fully briefed motion to dismiss pursuant to Fed.R.Civ.P 12(b)(6); including:

Defendants' Notice of Motion; Declaration in Support; Supporting Exhibits A through F; Memorandum in Support; and Reply Memorandum in Support.

Plaintiffs' Memorandum in Opposition; Declaration of Aldo A. Badini; Exhibits A and B.

A *Brief Amicus Curiae* was filed by the New York State Attorney General as Docket Entry 83, and a *Statement of Interest of the United States Pursuant to 28 U.S.C. 517* was filed by the United States as Docket Entry 80.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
Acting County Attorney

*/s/ Brian C. Mitchell*
By:  Brian C. Mitchell
Assistant County Attorney

CC: All counsel via ECF