# COUNTY OF SUFFOLK



OFFICE OF THE SHERIFF

ERROL D. TOULON, JR.
SHERIFF

## MEMORANDUM

**TO:** ALL PERSONNEL

**FROM:** Sheriff Errol D. Toulon, Jr.

**DATE:** November 15, 2018

**SUBJECT:** ICE DETAINERS

---

The Sheriff's Office policy regarding ICE detainers whether lodged by ICE or included with the admission paperwork from an arresting agency is **NOT** to hold an inmate solely on an ICE detainer.

Inmates scheduled to be released from custody, will not be held solely on the basis of an ICE detainer request.

Suffolk County Sheriff's Office (SCSO) officials shall not detain any individual at the request of U.S. Immigration and Customs Enforcement (ICE), unless ICE first presents SCSO with judicially issued warrant authorizing such detention.

In particular, SCSO officials shall not arrest, detain, or transport anyone solely on the basis of an immigration detainer or an administrative immigration warrant, including an administrative immigration warrant in the National Crime Information Center (NCIC) database.

Inmates with an ICE detainer will be sent to court for their commitment charge(s) as a straight out court appearance. In the event all local charges are disposed of, the inmate will not be returned to the Correctional facilities.

EDT/vk

cc: Steven J. Kuehhas, Undersheriff
    Kevin Catalina, Undersheriff
    Anthony G. Paparatto, Chief of Staff
    Michael P. Sharkey, Chief Deputy Sheriff
    Michael Franchi, Warden
    D/S Sgt. Christopher Barry, Executive Officer

 

100 CENTER DRIVE
RIVERHEAD, NY 11901-3390

ACCREDITED LAW ENFORCEMENT AGENCY
(631) 852-2200

VISIT US ONLINE AT
SUFFOLKSHERIFF.COM