

# COUNTY OF SUFFOLK

STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. COHEN**  
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

December 23, 2020

Frank Restagno, Esq.
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166

Re: *Castaneda v. County of Suffolk, et al.*
17-cv-4267(RRM)(ARL)

Dear Mr. Restagno,

Enclosed please find a CD containing relevant emails responsive to your discovery request for the following Suffolk County Record Room Sergeants:

Adeline Ayers
Kenneth Bockelman
Kevin Brady
Michael Donegan
Michael Ervolino
Robert Hennigan
Brian LoPiccolo
Mark McCormick
William McGregor
Michael Wooley

The searches were conducted using the names S. Vanderos, Richard McClancy, and E. Bowman, as well as the e-mail domains ice.dhs.gov and dhs.gov. Approximately 12 emails are being withheld as they relate to the transfer of two inmates in Federal criminal prosecutions by way of sealed orders of the United States District Court. Additional e-mails were also withheld relating to FEMA SID training, Fire Inspection/safety training and other courses from the Federal Law Enforcement Training Center (FLETC). A detailed privilege log is being prepared and will be provided shortly.

The breakdown of the number of total e-mails in each account that was searched are as follows:

Adeline Ayers
 Inbox – 1280
 Sent- 1159
 Deleted -4305

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY       ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099       ♦

(631) 853-4049
TELECOPIER (631) 853-5169

Kenneth Bockelman
  Inbox – 5480
  Sent- 153
  Deleted -99

Kevin Brady
  Inbox – 3799
  Sent- 710
  Deleted - 3659

Michael Donegan
  Inbox – 4439
  Sent- 105
  Deleted -62

Michael Ervolino
  Inbox – 2619
  Sent- 496
  Deleted -442

Robert Hennigan
  Inbox – 1325
  Sent- 701
  Deleted -408

Brian LoPiccolo
  Inbox – 483
  Sent- 383
  Deleted -268

Mark McCormick
  Inbox – 5174
  Sent- 1554
  Deleted -221

William McGregor
  Inbox – 2041
  Sent- 30
  Deleted -2

Michael Wooley
  Inbox – 3497
  Sent- 218
  Deleted -109

Please do not hesitate to call me if you have any questions regarding the enclosed CD.

Very truly yours,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Brian C. Mitchell*
By:  Brian C. Mitchell
Assistant County Attorney

Enc.

**LOCATION**                                                     **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**                   **P.O. BOX 6100**                                           **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦   **HAUPPAUGE, NY  11788-0099**   ♦   **TELECOPIER (631) 853-5169**