

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
(212) 294-4601
abadini@winston.com

June 18, 2021

**By E-Mail**

Brian C. Mitchell
Assistant County Attorney
Suffolk County Dept. of Law
100 Veterans Memorial Highway
Hauppauge, NY 11788
Brian.Mitchell@suffolkcountyny.gov

Re: *Orellana Castaneda et al. v. County of Suffolk et al.*,
2:17-cv-4267-WFK-ARL (E.D.N.Y.)

Dear Mr. Mitchell,

As you know, we represent the plaintiffs in the above-referenced action. Pursuant to the Court's Order at ECF No. 96 and Individual Rule III.G.1, plaintiffs hereby serve: Notice of Motion for Class Certification and supporting Memorandum of Law, the Declaration of Jose Perez, the Declaration of Aldo A. Badini with accompanying exhibits, the Declaration of Nathalia Alejandra Varela, the Declaration of Joaquin Orellana Castaneda, the Declaration of German Hernandez Argueta, and a Proposed Order.

Sincerely,

s/Aldo A. Badini

Aldo A. Badini

cc:   All Counsel of Record (**By ECF**)