**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOAQUIN ORELLANA CASTANEDA and GERMAN HERNANDEZ ARGUETA, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNTY of SUFFOLK; Steven Bellone, County Executive, County of Suffolk, *in his official capacity*; SUFFOLK COUNTY SHERIFF'S OFFICE; Vincent F. DeMarco, Sheriff, Suffolk County Sheriff's Office, *in his official capacity*; and other individuals in charge to be identified, <br><br> *Defendants*. | Case No. 2:17-cv-04267-WFK-ARL <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying declaration of Aldo A. Badini, dated June 18, 2021, and the exhibits annexed thereto, declaration of Jose Perez, dated June 18, 2021, the declarations of Joaquin Orellana Castaneda and German Hernandez Argueta, the accompanying Memorandum of Law, and upon the pleadings and proceedings heretofore had herein, plaintiffs will move before The Honorable William F. Kuntz, II United States District Judge for the Eastern District of New York, for an Order: (i) certifying plaintiffs' proposed class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, and (ii) appointing Winston & Strawn LLP and LatinoJustice PRLDEF as class counsel pursuant to Federal Rule of Civil Procedure 23(g).

PLEASE TAKE FURTHER NOTICE that any opposing papers must be served by July 16, 2021 pursuant to the briefing schedule so-Ordered by the Court at ECF No. 96.

2

Dated: New York, New York
       June 18, 2021

By:   /s/ Aldo A. Badini               
Aldo A. Badini
Frank Restagno
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
(212) 294-4601
abadini@winston.com
frestagno@winston.com

Jose Perez
Nathalia Varela
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
nvarela@latinojustice.org

*Counsel for Plaintiffs*

TO:    ALL COUNSEL OF RECORD

2