

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
(212) 294-4601
abadini@winston.com

August 2, 2021

**By ECF and FedEx Mail**

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Orellana Castaneda et al. v. County of Suffolk et al.*,
      2:17-cv-4267-WFK-ARL (E.D.N.Y.)

Dear Judge Kuntz,

We represent the plaintiffs in the above-referenced action. Pursuant to Your Honor's Individual Rules, enclosed please find a full set of courtesy copies of the motion papers regarding plaintiffs' motion for class certification. This includes the following:

- Plaintiffs' Notice of Motion for Class Certification and supporting Memorandum of Law, the Declaration of Jose Perez, the Declaration of Aldo A. Badini with accompanying exhibits, the Declaration of Nathalia Alejandra Varela, the Declaration of Joaquin Orellana Castaneda, the Declaration of German Hernandez Argueta, and a Proposed Order.

- Defendants' Memorandum of Law in Opposition, the Declaration of Brian C. Mitchell and accompanying exhibits.

- Plaintiffs' Memorandum in further support of their Motion, the Declaration of Aldo A. Badini also in further support and accompanying exhibits.

Respectfully submitted,

s/Aldo A. Badini

Aldo A. Badini

cc: Cover Letter Only

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451



**By FedEx Mail**

Brian C. Mitchell
Assistant County Attorney
Suffolk County Dept. of Law
100 Veterans Memorial Highway
Hauppauge, NY 11788

**By FedEx Mail**