

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

ALDO A. BADINI
Partner
(212) 294-4601
abadini@winston.com

August 2, 2021

**By ECF and FedEx Mail**

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Orellana Castaneda et al. v. County of Suffolk et al.*,
             2:17-cv-4267-WFK-ARL (E.D.N.Y.)

Dear Judge Kuntz,

    We represent the plaintiffs in the above-referenced action. Pursuant to Your Honor's Individual Rules, enclosed please find a full set of courtesy copies of the motion papers regarding plaintiffs' motion for leave to file redacted exhibits in relation to plaintiffs' motion for class certification. This includes the following:

- Plaintiffs' Notice of Motion for Leave to File Redacted Exhibits and supporting Memorandum of Law, the Declaration of Aldo A. Badini with accompanying highlighted exhibit.

                                                                             Respectfully submitted,

                                                                             s/Aldo A. Badini

                                                                             Aldo A. Badini

cc: Cover Letter Only

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451
**By FedEx Mail**

Brian C. Mitchell
Assistant County Attorney



August 2, 2021
Page 2

Suffolk County Dept. of Law
100 Veterans Memorial Highway
Hauppauge, NY 11788
**By FedEx Mail**