UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOAQUIN ORELLANA CASTANEDA, et al.,

        Plaintiffs,

        v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Defendants.
------------------------------------------------------------X

**ORDER**
17-CV-4267 (WFK)(ARL)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On July 30, 2021, Plaintiffs in the above-captioned case filed a motion to certify Plaintiffs' proposed class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, and to appoint class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. *See* ECF No. 98. Plaintiffs' motion and any accompanying motions and related disputes, *see, e.g.*, ECF Nos. 100 & 101, are hereby respectfully REFERRED to the Honorable Magistrate Judge Arlene R. Lindsay for a Report & Recommendation.

        **SO ORDERED.**

        s/ WFK
        _____
        HON. WILLIAM F. KUNTZ, II
        UNITED STATES DISTRICT JUDGE

Dated: August 4, 2021
        Brooklyn, New York