# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

September 17, 2021

Aldo A. Badini, Esq.
Frank S. Restagno, Esq.
200 Park Avenue
New York, NY 10166

    Re:    *Castaneda v. County of Suffolk, et al.*
            17-cv-4267(WFK)(ARL)

Dear Mr. Badini and Mr. Restagno,

Enclosed please find the County defendant's Notice of Motion and Supporting papers in support of their motion for summary judgment pursuant to F.R.C.P. Rule 56. Pursuant to Judge Kuntz's individual part rules, you are to serve your opposition on this office and then each party will submit its own papers on the date the fully briefed motion is to be filed with the Court. Please do not hesitate to call me if you have any questions regarding the enclosed documents.

Very truly yours,

Dennis M. Cohen
County Attorney

*/s/ Brian C. Mitchell*
By: Brian C. Mitchell
Assistant County Attorney

Enc.

| | | |
|---|---|---|
| **LOCATION**<br>**H. LEE DENNISON BLDG.**<br>**100 VETERANS MEMORIAL HIGHWAY** ♦ | **MAILING ADDRESS**<br>**P.O. BOX 6100**<br>**HAUPPAUGE, NY 11788-0099** ♦ | **(631) 853-4049**<br>**TELECOPIER (631) 853-5169** |