**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**                                                              **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

November 12, 2021

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Castaneda v. County of Suffolk, et al.*
        17-cv-4267(WFK)(ARL)

Dear Judge Kuntz:

Pursuant to the Courts individual part rules, the Suffolk County defendants in the above
reference matter hereby submit the following documents for filing in support of our motion for
summary judgment:

1.      Notice of Motion Seeking Summary Judgment pursuant to Rule 56
2.      Suffolk County Defendants' Statement Pursuant to Local Rule 56.1;
3.      Declaration of Brian C. Mitchell with Exhibits dated September 17, 2021
4.      Memorandum of Law in Support of Motion for Summary Judgement.
5.      Reply Memorandum of Law in Support of Motion for Summary Judgement

A complete hard courtesy copy of the fully briefed motion, including plaintiffs' opposition
documents and exhibits will be provided to the Court under separate cover.

We thank the Court for its consideration of this submission.


Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney


*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney


CC:  Counsel for Plaintiffs (via ECF)