**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| JOAQUIN ORELLANA CASTANEDA and GERMAN HERNANDEZ ARGUETA, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>COUNTY of SUFFOLK; Steven Bellone, County Executive, County of Suffolk, *in his official capacity*; SUFFOLK COUNTY SHERIFF'S OFFICE; Vincent F. DeMarco, Sheriff, Suffolk County Sheriff's Office, *in his official capacity*; and other individuals in charge to be identified,<br><br>    *Defendants*. | Case No. 2:17-cv-04267-WFK-ARL<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, the Rule 56.1 Statement in Support, and the Declaration of Aldo A. Badini, Esq. dated September 17, 2021 and the exhibits annexed thereto, the undersigned, will, pursuant to Order of the Court dated August 16, 2021 (Dkt. 107) move before the Honorable William F. Kuntz II, at the United States District Court for the Eastern District of New York, located in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order granting summary judgment to Plaintiffs, and any such other relief as the Court deems just and proper.

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Order dated August 16, 2021, Dkt. 107, any opposition to this Motion for Summary Judgment shall be served by October 22, 2021 and any reply in further support of this Motion for Summary Judgment shall be served on November 12, 2021.

Dated: September 17, 2021

New York, New York

By:   s/ Aldo A. Badini

Aldo A. Badini
Frank S. Restagno
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
abadini@winston.com
frestagno@winston.com


Jose Perez
Nathalia Varela
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
nvarela@latinojustice.org

*Counsel for Plaintiffs*