# Exhibit L

```
.DATE   02 APR 18  05:18:29     REPORT GENERATION    JUDGEJOH
              S U F F O L K    C O U N T Y    S H E R I F F           5I410
              CONTROL ROOM    Discharge Notification
DATE : APRIL 2, 2018                                      TIME : 05:18 Hrs
PIN : 730466  BCI :  Y4954  BPL : 815516  In-Date: 03/30/18  Time : 1523 Hrs
              FROM LOCATION: 1SW31
--------------------------------------------------------------------------
Name    : HERNANDEZARGUETA,GERMAN
Address:  [REDACTED]              Apt# 
City    : [REDACTED]              State [ ]  Zip [REDACTED]
--------------------------------------------------------------------------
DOB     : [REDACTED]    Age : 23  R : W  E : H  S : M  Rel : CAT
--------------------------------------------------------------------------
DA Code: 5561  A/C: C  Law: WAR  Art/Sect: FOA    Sub:         Cl: 000
Charge Description: FOA WARRANT
--------------------------------------------------------------------------
Holds  : Y  Bail/Sentence: FOA WARRANT      Court/Docket/Warrant#: [REDACTED]
--------------------------------------------------------------------------
Class  : AMWAR     Admit Status : ENT  By Whom : INS  Housed In From : NONE
--------------------------------------------------------------------------
Number of Admissions:  Non Sentence : 004   Sentence : 000
--------------------------------------------------------------------------
POB : EL  R/W : Y  Ed. Level : 08  Social Rel : S  Occup : LB  Status : FUL
--------------------------------------------------------------------------
D/R Date: 04/02/18  Code: DTA  Auth: REC  D/T: T  Agcy: INS

                       ..... END REPORT .....
```

COS 00000017

SUFFOLK COUNTY CORRECTIONAL FACILITY - PRISONER RECEIPT
PRISONER TRANSFER & DISCHARGE          Dated: 04/02/18

PIN Number: 730466
Prisoner: HERNANDEZARGUETA, GERMAN       DOB: ▇▇▇

Reason:
DISCHARGE TO AGENCY IMMIGRATION - A# ▇▇▇

Detainers/Holds:

Other items:

And all pertinent medical information.
Account Balance: 265.35
Check # 401373    Received by: [signature]      Badge No. 1130
Printed Name: Thomas M. Brown JR.

Location: YP3N002
BCI: Y4954    NYSID: 139233150    Classification: AMWAR
FBI: 8NE7KJ06K    SSN: ▇▇▇

AS OF 03/30/18 DNA TEST REQUIRED BEFORE DISCHARGE

Personal: Height: 508  Weight: 135  Hair: BLK  Eyes: BRO  Age: 23
Race: W   Eth: H   Sex: M   Religion: CAT
Marital Status: S  Dependents: 00  Last Grade Completed: 08
Birthplace: EL  US Citizen: N  Suffolk Res: N
Scars Marks & Tattoos: NONE

Address: ▇▇▇

Emergency Contact: OMAR CASTENEDA
▇▇▇
Phone: ▇▇▇
Relationship to defendent: COU

RECORD ROOM

Reason: DISCHARGE TO AGENCY    To: IMMIGRATION
Checked By [signature]  Badge 627  Sgts Approval [signature]  Badge 5219

# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 260770721
Event #: WNY1603001094

File No: [redacted]
Date: March 10, 2016

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) SUFFOLK CO, CORRRC FAC
100 CENTER DRIVE
RIVERHEAD, NY 11901

FROM: (Department of Homeland Security Office Address)
ERO - Westminster, CA SUB OFFICE
ICE
ERO FERC LAGUNA NIGUEL
24000 AVILA RD RM# 1352
LAGUNA NIGUEL, CA 92677

Name of Alien: HERNANDEZ ARGUETA, GERSON

Date of Birth: [redacted]   Citizenship: EL SALVADOR   Sex: M

- [ ] A final order of removal against the alien;
- [x] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

**HOLD**

IT IS THEREFORE REQUESTED THAT YOU:

* Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [x] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 800-471-2857. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
* Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
* Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
* Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

VINCENT E BENTON - DO
(Name and title of Immigration Officer)

(Signature of Immigration Officer) (Sign in Ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

## TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____  Estimated release date/time: _____
Date of latest criminal charge/conviction: _____  Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
- [ ] in person
- [ ] by inmate mail delivery
- [ ] other (please specify): _____

(Name and title of Officer)
DHS Form I-247A (3/17)

(Signature of Officer) (Sign in Ink)
Page 1 of 3

COS 00000019

U.S. DEPARTMENT OF HOMELAND SECURITY    Warrant for Arrest of Alien

File No. ▮▮▮▮▮▮▮

Date: 03/10/2018

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that HERNANDEZ ARGUETA, GERMAN is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☒ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☒ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

YOU ARE COMMANDED to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

(Signature of Authorized Immigration Officer)

CRIS HENDERSON - SDDO
(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at _____
(Location)

on HERNANDEZ ARGUETA, GERMAN on _____, and the contents of this
(Name of Alien)           (Date of Service)

notice were read to him or her in the _____ language.
                                      (Language)

Name and Signature of Officer     Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

COS 00000020

## ORDER TO DETAIN OR RELEASE ALIEN

TO: (NAME and TITLE of Person in Charge of Facility)  **WARDEN**

(Name of Facility)  **Suffolk County Jail**

Please ☒ Detain ☐ Release    Date **3/30/2018**    Time: **1537**

Name of Alien  **RAMOS HERNANDEZ, JONATHAN**    File Number **A**

| Age | Date of Birth (mo./Day/Yr.) | Sex | Nationality | Foreign Address |
|---|---|---|---|---|
| 23 | | M | El Salvador | El Salvador |

Nature of Proceedings  **REMOVAL**    Signature of Officer Receiving Alien

**REMARKS:**

Please place the subject in an ICE bed and hold there until his release to ICE on Monday, April 2, 2018 at 0500 hours.

PIN:    730466
NYSID:
FBI:    8NE7KJ05K

Signature of Officer Authorizing Action    Title **DO**    Office **CAP LI**

Form I-203 (Rev. 08/01/07)    UNITED STATES DEPARTMENT OF HOMELAND SECURITY

# COUNTY OF SUFFOLK



SHERIFF'S OFFICE

ERROL TOULON, JR.
SHERIFF

*ICE
Medical ?
Y~~~~
Klv close Notified*

TO: **ICE**

ATTENTION: DETENTION AND REMOVAL

FROM: SUFFOLK COUNTY JAIL RECORDS

AS OF 3/30/2018 THE FOLLOWING INDIVIDUALS ARE BEING HELD ON YOUR DETAINER ONLY AND NO LONGER HAVE CHARGES IN SUFFOLK COUNTY. PLEASE CONTACT THIS OFFICE WITH ARRANGEMENTS FOR A PICK-UP NO LATER THAN 48 HOURS OF THIS NOTIFICATION (EXCLUDING SATURDAYS SUNDAYS AND FEDERAL HOLIDAYS) AT: (631) 852-2247, FAX (631) 852-1983

| PIN | NAME | DOB | NYSID | FBI# | FILE# |
|---|---|---|---|---|---|
| 730468 | HERNANDEZARGUETA, GERMAN | | | 8NE7KJ06K | |

Sgt. Kevin Brady # S225

FARM

ISLIP 1ST DISTRICT　　Room: D43　　Date: 03/30/18　　Page 01 of 01

**ORDER TO REMAND & PRODUCE DEFENDANT**
**FOR COURT APPEARANCE CPL 510.10**

HERNANDEZARGUETA, GERMAN　　DOB: ▓▓▓▓　　MALE

PIN: 730466　　NYSID: ▓▓▓▓　　SSN: ▓▓▓▓

RES : WHM
Age : 23
Hght: 508
Wght: 135
Hair: BLK
Eyes: BRO

| Count-Statute | Docket No. | Current Bond Bail | Changed Bond Bail | Date |
|---|---|---|---|---|
| 1  PL 190.23 | 18-10559 | 1000  500 | | 3-30-18 |
| 2  PL 265.01 05 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

RETURN TO COURT ON: _____　　ROOM: D43

HOLDS:
INS DETAINER

**DISPOSITION**

COUNT:
1  ACD65 3-31-18
2  ACD55 3-31-18
3 ___
4 ___
5 ___
6 ___
7 ___
8 ___
9 ___
10 ___

DATED: 3-30-18

District Court Judge

**C.P.L. 380.60**
**CERTIFICATE OF CONVICTION**

The above named defendant having been convicted of the offense listed below, it is ORDERED that the defendant be committed to the Suffolk County Correctional Facility for a term listed below, pursuant to section 380.60 C.P.L., and the defendant be remanded to the custody of the Sheriff.

COUNT:
1 ___　6 ___
2 ___　7 ___
3 ___　8 ___
4 ___　9 ___
5 ___　10 ___

DATED: _____

District Court Judge

ISLIP 1ST DISTRICT      Room: D43      Date: 03/16/18      Page 01 of 01

ORDER TO REMAND & PRODUCE DEFENDANT
FOR COURT APPEARANCE CPL 610.10

HERNANDEZARGUETA, GERMAN      DOB: ███      MALE

PIN: 730466      NYSID: ███      SSN: ███

RES: WHM
Age: 23
Hght: 508
Wght: 135
Hair: BLK
Eyes: BRO

**FARM**

| Count-Statute | Docket No. | Current Bond Bail | Changed Bond Bail | Date |
|---|---|---|---|---|
| 1  PL 190.23 | 18-10559 | 1000  500 | BC | |
| 2  PL 265.01 05 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

RETURN TO COURT ON: 3/30/18      ROOM: D43

HOLDS:
INS DETAINER

DISPOSITION

COUNT:
1 ... 6
2 ... 7
3 ... 8
4 ... 9
5 ... 10

DATED: 3/16/18      District Court Judge

C.P.L. 380.60
CERTIFICATE OF CONVICTION

The above named defendant having been convicted of the offense listed below, it is ORDERED that the defendant be committed to the Suffolk County Correctional Facility for a term listed below, pursuant to section 380.60 C.P.L., and the defendant be remanded to the custody of the Sheriff.

COUNT:
1 ... 6
2 ... 7
3 ... 8
4 ... 9
5 ... 10

DATED: _____      District Court Judge

DC-111 Remand Order      31X300

COS 00000024

DC-111

ORDER TO REMAND AND PRODUCE DEFENDANT
FOR COURT APPEARANCE
C.P.L. 510.10

2111100

1ST DISTRICT    TO: WARDEN OF SUFFOLK COUNTY JAIL    Date: 03/10/18
Room:

PIN: 730466    Name: HERNANDEZARGUETA, GERMAN    DOB: ███    MALE
NYS: ███

| Count-Statute | Docket No. | Current Bond | Current Bail | Changed Bond | Changed Bail | Date |
|---|---|---|---|---|---|---|
| 1 PL 190.23 | 18/10559 | 1000 | 500 | | | MAR 10 2018 |
| 2 PL 265.01 05 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

RETURN TO COURT ON: 3-16-18    ROOM NO: D43

HOLDS:

DISPOSITION

COUNT:
1
2
3
4
5
6
7
8
9
10

DATED: MAR 10 2018

_____
(District Court Judge)

C.P.L. 380.60
CERTIFICATE OF CONVICTION

The above named defendant having been convicted of the offense listed below, it is ORDERED that the defendant be committed to the Suffolk County Correctional Facility for a term listed below, pursuant to section 380.60 C.P.L., and the defendant be remanded to the custody of the Sheriff.

COUNT:
1
2
3
4
5
6
7
8
9
10

DATED: _____

_____
(District Court Judge)

COS 00000025

SUFFOLK COUNTY CORRECTIONAL FACILITY
PRE-RELEASE WARRANT CHECK

71410

Date: 03/30/18   Location: YP3N002   Inmate Account: $ 265.35

Name: HERNANDEZARGUETA, GERMAN   Pin: 730466   Classification: AMMIS
IN DATE: 03/10/18   Race: W   Eth: H   Sex: M   DOB: [redacted]   Age: 23
BCI: Y4954   NYSID: [redacted]   FBI: 8NE7KJ06K   SSN: [redacted]

Personal:   Height: 508   Weight: 135   US Citizen: N
Hair Color: BLK   Eye Color: BRO   Religion: CAT
Marital Status: S   Dependents: 00   Suffolk Res: N
Last Grade Completed: 08   Birthplace: EL

Scars Marks & Tattoos: NONE

Aliases:
HERNANDEZARGUETA, GERMAN X SAME

NO LOCALS

Address: [redacted]

Emergency Contact: OMAR CASTENEDA
Relationship: COU   Phone: [redacted]

---

AS OF 03/30/18 DNA TEST REQUIRED BEFORE DISCHARGE  faXed

---



eJusticeNY INTEGRATED JUSTICE PORTAL

People » Wanted » Search  [−] Feedback

**Wanted/Missing Search**

| Request Data | - Name: HERNANDEZARGUETA, GERMAN  Sex: Male  Birth Date (DOB): ▮▮▮▮  Race (RAC): Unknown |

ⓘ No DCJS Suspects have been found based on the search criteria entered.

NCIC Response:
1L011234567891011
NY051013C

NO NCIC WANT NAM/HERNANDEZARGUETA,GERMAN DOB/▮▮▮▮ RAC/U SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

[DONE]

About | Site Map | Site Policies |                         March 30, 2018 3:21 PM EDT

https://www.ejustice.ny.gov/wps/myportal/!ut/p/a1/04_Sj9CPykssy0xPLMnMz0vMAfGjz...  3/30/2018

COS 00000027

```
              S U F F O L K   C O U N T Y   S H E R I F F           1781200
                D I S C H A R G E   F U N D S   R E P O R T
       DATE: 04/01/18

       INMATE: 730466  HERNANDEZARGUETA, GERMAN

                OLD                DB   NEW
       DATE  .BALANCE . AMOUNT  .CR.BALANCE . TRANSACTION
       ========,========,=======,==,========,=============================
       03/10/18     0.00     0.00 OP     0.00 ENTRY
       03/10/18     0.00   453.00 CR   453.00 YAP ADMISS
       03/15/18   453.00    30.00 PU   423.00 COMMISSARY ORDER
       03/20/18   423.00    49.90 PU   373.10 COMMISSARY ORDER
       03/22/18   373.10    49.85 PU   323.25 COMMISSARY ORDER
       03/27/18   323.25    18.75 PU   304.50 COMMISSARY ORDER
       03/29/18   304.50    39.15 PU   265.35 COMMISSARY ORDER
       04/01/18   265.35   265.35 CL     0.00 ISSUED MONEY

       04/01/18                        $265.35 CLOSED DUE TO INMATE
```

Inmate Signature: _____    Date: _____

Officer: _____ ISSUED MONEY    Date: _____

CK# 401323

6617647

PIN # 730466

# SUFFOLK COUNTY CORRECTIONAL FACILITY
## INMATE CLOTHING AND PROPERTY INVENTORY

NAME: Hernandezargueta, German  D.O.B. ▮▮▮▮

CLOTHING NUMBER: 397T  #1257  DATE OF ENTRY: 03/10/18

THIS IS TO ACKNOWLEDGE RECEIPT OF THE FOLLOWING PROPERTY:

| WALLET/CONTENTS | POCKETBOOK/PURSE | KEYS (3) | HAT/CAP |
|---|---|---|---|
| | WATCH | BRACELET | GLASSES |
| MEDALS | BELT (1) Brown | EARRING(S) | RING(S) (1) Crystal w/ Stone |
| NECKLACE | MONEY: #170A005  $453  Coins in property | | |
| LOTTERY – C.T.B. TICKETS | | RARE/FOREIGN CURRENCY | |
| DRIVERS LICENSE/I.D. + NO. | | CELL PHONE(S) / CHARGER(S) (1) Black | |
| SOC. SECURITY/BENEFIT CARDS + NO. | | CREDIT/DEBIT CARDS NAME + NOS. | |
| BIRTH CERT./PASSPORT | | | |

MISC: Papers

SHIRT: Black
PANTS/SHORTS: Gray
SHOES/SNEAKERS/BOOTS: Black
COAT: Black

CLOTHES REMITTED AND REC'D.

RECEIVED ALL ABOVE PROPERTY #/X TRANSPORT
[signature] 1130

SUIT:
DRESS/SKIRT:

☐ CHECK ☑ THIS BOX AND LIST PROPERTY(S) AND LOCATION IF STORED OTHER THAN IN ENVELOPE, SPECIFY MEDS – LG. ITEMS + ETC.

☐ PLACE RED "X" IN BOX   NO PROPERTY RECEIVED   I HAVE RECEIVED A TELEPHONE CALL, THE S.C.C.F. INMATE RULES & REGULATIONS BOOKLET AND ADMISSION KIT.

X Wagner   1225
RECEIVING OFFICER'S SIGNATURE   SHIELD NO.

[signature]   1685
SIGNATURE OF DISCHARGING C/O & DATE   SHIELD NO.

I CERTIFY THE ABOVE INFORMATION TO BE CORRECT, I RELEASE THE S.C.C.F. OF ALL RESPONSIBILITY FOR MY PERSONAL PROPERTY LEFT OVER 30 DAYS FROM MY RELEASE.

X [signature]
I HAVE RECEIVED ALL PROPERTY BEING HELD FOR ME AT THE S.C.C.F. (INMATE SIGNATURE)

DISTRIBUTION:  WHITE – PROPERTY   YELLOW – OFFICE   PINK – INMATE

CF-34 Revised 12/11

COS 00000029

# POLICE DEPARTMENT, COUNTY OF SUFFOLK NY
## ACCREDITED LAW ENFORCEMENT AGENCY
## ARREST REPORT  PDCS-1045C

| | |
|---|---|
| CC: 18-0154841/SPD | ARREST: 006754-18 | PIN: 730466 |
| LAST NAME, FIRST MI: HERNANDEZARGUETA, GERMAN E | |

### ARREST

| DATE OF ARREST | TIME OF ARREST | ARREST TYPE | LOCATION OF ARREST | ( ) INSIDE (X) OUTSIDE |
|---|---|---|---|---|
| 03/09/18 | 2115 | SIGHT (SUMMARY) | C/O BROADWAY AND SHERIDAN ST, BRENTWOOD | |

| INCIDENT LOCATION: | OCCURRED: | DATE: 03/09/18 | TO DATE: |
|---|---|---|---|
| C/O BROADWAY AND SHERIDAN ST  BRENTWOOD, ISLIP | (X) ON ( ) BETWEEN | TIME: 2110 | TIME: |

| ARRESTING OFFICER: | PID # | SHIELD | RANK | COMMAND |
|---|---|---|---|---|
| ESCALONA, ROBERT | 30635 | 4344 | PO | 0320 |

| FINGER PRINTED: (X) YES ( ) NO | PHOTOGRAPHED: (X) YES ( ) NO | WEAPON (DESCRIBE) |
|---|---|---|

| CT | LAW | ART | SUB | CLASS | DEG | CAT | DESCRIPTION | ATT. | COMP. |
|---|---|---|---|---|---|---|---|---|---|
| 001 | PL | 190.23 | | B | 0 | M | FALSE PERSONATION | | X |
| 002 | PL | 265.01 | 05 | A | 4 | M | CRIM POSS WEAP-4TH:NOT CITIZEN | | X |

### ARRESTEE

| LAST NAME | FIRST | MI | NICKNAME / ALIAS | DATE OF BIRTH |
|---|---|---|---|---|
| HERNANDEZARGUETA | GERMAN | E | | |

| ADDRESS | CITY | STATE | ZIP | NYSID# | SOCIAL SECURITY # |
|---|---|---|---|---|---|

| HOME PHONE | CELL PHONE | CELL CARRIER | EMAIL ADDRESS |
|---|---|---|---|

| MARITAL STATUS | MOTHER'S MAIDEN NAME | CITIZENSHIP | RESIDENCY STATUS | IMMIGRATION STATUS |
|---|---|---|---|---|
| SINGLE | AGUETA AMAYA | EL | Non-Resident | ILLEGAL ALIEN |

| BIRTHPLACE: CITY | COUNTY | STATE | COUNTRY | MILITARY SERVICE |
|---|---|---|---|---|

| SEX | RACE/ETHNICITY | HEIGHT | WEIGHT | EYE COLOR | EYE DEFECTS | HAIR COLOR | HAIR LENGTH / STYLE |
|---|---|---|---|---|---|---|---|
| M | WHITE HISPANIC | 508 | 135 | BLK | NOR | BLK | CLL STR |

| BUILD | COMPLEXION | L/R HANDED | SPEECH | CLOTHING | MUST/BEARD | VISIBLE SCARS/MOLES | AMPUTATION |
|---|---|---|---|---|---|---|---|
| THN | YEL | R | NOR | DIRTY/SLOPPY/TORN | NON | NON NON | |

| LANGUAGE | TRANSLATOR UTILIZED | GANG MEMBER | GANG NAME | STREET NAME |
|---|---|---|---|---|
| SPA | ( ) YES (X) NO | ( ) YES (X) NO | | |

TATTOO (DESCRIBE)

### EMPLOYMENT

| EMPLOYER | | | | PHONE NUMBER |
|---|---|---|---|---|
| UNEMPLOYED | | | | |

| BUSINESS ADDRESS | CITY | STATE | ZIP | GOVERNMENT ENTITY ( ) YES ( ) NO |
|---|---|---|---|---|

| OCCUPATION | | COLLECTING UNEMPLOYMENT ( ) YES ( ) NO | DISABILITY BENEFITS ( ) YES ( ) NO |
|---|---|---|---|

### VEHICLE

| VIN # | PLATE # | STATE | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|

| LICENSE # | DISPOSITION | VIOLATION(S) |
|---|---|---|

### DWI

| DWI TEST TYPE: | COURT ORDERED: ( ) YES ( ) NO | TEST DATE: | TEST TIME: | TEST KIT NUMBER: |
|---|---|---|---|---|

| TEST ADMINISTERED BY: | TEST LOCATION: |
|---|---|

**BRIEF DETAILS OF OFFENSE:**
THE DEFENDANT, AT C/O BROADWAY AND SHERIDAN ST, BRENTWOOD, IN THE TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK, ON OR ABOUT MARCH 9, 2018, AT APPROXIMATELY 9:10 P.M., AFTER BEING INFORMED OF THE CONSEQUENCES OF SUCH ACT, KNOWINGLY MISREPRESENTED HIS OR HER ACTUAL NAME, DATE OF BIRTH OR ADDRESS TO A POLICE OFFICER OR PEACE OFFICER WITH INTENT TO PREVENT SUCH POLICE OFFICER OR PEACE OFFICER FROM ASCERTAINING SUCH INFORMATION; IN THAT, THE DEFENDANT IDENTIFY HIMSELF AS ERICK HERNANDEZ D.O.B. ███ AFTER BEING ADVISED OF THE CONSEQUENCES OF MISREPRESENTING HIMSELF TO THE POLICE. THE DEFENDANT WAS EVENTUALLY IDENTIFIED AS GERMAN HERNANDEZ-ARGUETA ███ VIA THUMBPRINT SCAN AT 3RD PCT.

| REPORTING OFFICER NAME | RANK | SHIELD | COMMAND | PCT | SECTOR |
|---|---|---|---|---|---|
| ESCALONA, ROBERT | PO | 4344 | 0320 | 03 | 318 |

SHERIFF

PRINT DATE: 03/09/18 PRINT TIME: 22:47:49

COS 00000030

```
DATE: 03/10/18        SUFFOLK COUNTY CORRECTIONAL FACILITY

                           BOOKING SHEET RECEIPT
                                   FOR:

Name: HERNANDEZARGUETA,GERMAN        Pin: 730466    Classification: AMMIS
Race: W   Eth: H   Sex: M   DOB: ▓▓▓▓▓    Age: 23    Indate: 03/10/18
BCI : Y4954   NYSID: ▓▓▓▓▓▓   FBI: 8NE7KJ06K   SSN :
======================================================================
PERSONAL:      Height: 508              Weight: 135      US Citizen: N
               Hair Color: BLK          Eye Color: BRO   Religion: CAT
               Marital Status: S        Dependents: 00   Suff Res: 02 YRS
               Education (Last Grade Completed): 08   Read/Write (Y/N): Y
               Occupation: LB           Emp Status: FUL  Veteran: N
               SSN: ▓▓▓▓▓               Birthplace(St): EL   SCCF: N

DEPENDENCIES:  Liquor (Y/N): Y    Drugs (Y/N): N

ADDRESS:       SNU: ▓▓▓       SNA: ▓▓▓▓▓▓                    APT:
               City: ▓▓▓▓                   State: ▓   Zip: ▓▓▓▓

Next of Kin    Name: OMAR CASTENEDA
/ Guardian;    SNU: SAME   SNA:                               APT:
    or         City: ▓▓▓▓                   State:     Zip: 00000
Emerg Contact  Phone: ▓▓▓▓▓▓                PTC: COU

REMAND CHARGE: Law      Art/Sect      Sub      Cl    Description
               ---      ---------     ------   ---   -------------------
               PL       190.23                 BMO   FALSE PERSONATION
======================================================================
```

I realize that the law reads that I may receive up to 1/3rd of my sentence off for good behavior and willing performance of duties assigned; however, it rests entirely within the province of the Sheriff to determine whether or not I may have earned a commutation of my sentence. Good time is not reviewable if made in accordance with the law.

I also hereby authorize the Sheriff of Suffolk County or his authorized representative to open and examine all mail and packages which may be directed to me as long as I am a prisoner in the Suffolk County Correctional Facility.

I have also received a Telephone Call, the SCCF Inmate Rules and Regulations Booklet and Admissions Kit.

_____
Signature of Prisoner

Witnessed on 03/10/18 at the Suffolk County Correctional Facility, Riverhead, New York.

_____
Receiving Officer

COS 00000031

DATE: 03/10/18          SUFFOLK COUNTY CORRECTIONAL FACILITY

BOOKING SHEET RECEIPT
FOR

Name: HERNANDEZARGUETA,GERMAN          Pin: 730466   Classification: AMMIS
Race: W   Eth: H   Sex: M   DOB:            Age: 23    Indate: 03/10/18
BCI : Y4954         NYSID :                 FBI : 8NE7KJ06K

==========================================================================

SCARS, MARKS, TATTOOS AND DEFORMITIES

   CODE   .. DESCRIPTION
==========================================================================

******** NONE ********

RT THUMB PRINT (Admit)                RT THUMB PRINT (Discharge)

                                      _____
                                      Signature of Inmate

                                      _____
                                      Discharging Officer

```
.DATE   30 MAR 18  15:24:25    REPORT GENERATION  BRADYKEV
              S U F F O L K    C O U N T Y    S H E R I F F              521410
              Record Room - Inmate Incarceration Card Report

   Name    : HERNANDEZARGUETA,GERMAN           DOB :  ████████        RES: WHM
   Address:  █████████████                     Apt#
   PIN     : 730466                            BCI : Y4954

*Date   .      .       .A.                      .Court/Dckt. Bail/Sentence .DisRew.F
*MMDDYY.Class .BPL    .C.Charge Description.Warrant No.      Comments      .MMDDYY.C
*======.======.======.=.=====================.===========.==================.======.=.=
 070317 AMMIS  733509 C FALSE PERSONATION     17-26740    500                 081817 R
 081817 AMWAR  742003 C FOA WARRANT           A212948247  FOA WARRANT         081817 D
 031018 AMMIS  812106 C FALSE PERSONATION     18-10559    500                 033018 R
 033018 AMWAR  815516 C FOA WARRANT           212948247   FOA WARRANT                R
                      .....  END REPORT  .....
```

COS 00000033