

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**ALDO A. BADINI**
Partner
(212) 294-4601
abadini@winston.com

November 12, 2021

**By ECF**

Hon. William F. Kuntz, II
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Orellana Castaneda v. County of Suffolk et. al*, 2:17-cv-04267-WFK-ARL (E.D.N.Y.)

Dear Judge Kuntz,

We represent the plaintiffs in the above-referenced action and submit this letter jointly with the defendants pursuant to Court Order. *See* ECF No. 111. Pursuant to the Scheduling Order entered by the Court (ECF No. 107), the parties have today completed briefing and filing of their summary judgment papers. Plaintiffs have today also filed a motion to strike in connection with Defendants' submission. Plaintiffs' motion for class certification is fully briefed and has been designated to Magistrate Judge Lindsay. *See* ECF Nos. 98, 99, 104. The parties respectfully request whether the Court needs any more information from the parties by way of a status update.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

s/Aldo A. Badini

Aldo A. Badini

cc:   All Counsel of Record (**By ECF**)