

NORTH AMERICA  SOUTH AMERICA  EUROPE  ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

ALDO A. BADINI
Partner
(212) 294-4601
abadini@winston.com

**VIA ECF**

June 17, 2025

Hon. Judge William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

**Re:**   *Orellana Castaneda v. County of Suffolk et. al*, **2:17-cv-04267-WFK-ARL (E.D.N.Y.)**

Dear Judge Kuntz,

     We represent Plaintiffs in the above-captioned matter and write to inform the Court that the Second Circuit Court of Appeals issued an Order, dated June 16, 2025, dismissing Defendants' appeal.[1] As such, Plaintiffs understand that the stay imposed by this Court's Order, dated February 18, 2025 (Dkt. No. 179) (the "Stay Order"),[2] which stayed "all action in this case abiding Second Circuit resolution of Defendants' appeal of this action," has been lifted, and that this matter is thus ready to proceed toward trial.

     In light of the Second Circuit's dismissal of Defendants' appeal, Plaintiffs now respectfully renew their prior request, made on February 11, 2025 (Dkt. No. 170),[3] for the Court to set a trial date and direct Defendants to meet and confer with us to set an appropriate pre-trial schedule which complies with the Court's Individual Rules that will get us to that date.

     We thank the Court for its time and attention to this matter.

---

[1] *See Orellana Castaneda v. U.S. Department of Homeland Security*, No. 25-00321, Dkt. No. 28 (2d. Cir. June 16, 2025). A copy of the Second Circuit's Order is attached hereto as **Exhibit A**.

[2] A copy of the Stay Order is attached hereto as **Exhibit B**.

[3] A copy of Plaintiffs' February 11, 2025 letter to the Court is attached hereto as **Exhibit C**.

Respectfully submitted,

*/s/ Aldo A. Badini*
Aldo A. Badini
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel.: (212) 294-4601
E-mail: abadini@winston.com

cc: All Counsel of Record (**By ECF**)