```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOAQUIN ORELLANA CASTANEDA and         :
GERMAN HERNANDEZ ARGUETA,              :
                                       :
              Plaintiffs,              :
                                       :
       v.                              :    ORDER
                                       :    17-CV-4267 (WFK)
COUNTY OF SUFFOLK, et al.,             :
                                       :
              Defendants.              :
------------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge**:

The Court is in receipt of order Plaintiffs' letter at ECF No. 182, alerting it to the order from the United States Court of Appeals for the Second Circuit in the above-captioned action. The Court SCHEDULES trial for Monday, November 3, 2025, at 9:30 A.M. The Court DIRECTS the parties to comply with Rule 5 of the Individual Rules of this Court, detailing pretrial procedures governing the trial of civil actions. The Court DIRECTS the parties to meet and confer to set up the pretrial schedule.

SO ORDERED.

s/ WFK
───────────────────────
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2025
      Brooklyn, New York