UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAQUIN ORELLANA CASTANEDA and GERMAN HERNANDEZ ARGUETA, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTY OF SUFFOLK; STEVEN BELLONE, *County Executive, County of Suffolk, in his Official Capacity*; SUFFOLK COUNTY SHERIFF'S OFFICE; ERROL TOULON, JR., *Sheriff, Suffolk County Sheriff's Office, in his Official Capacity*; and other individuals in charge to be identified,<br><br>Defendants. | **NOTICE OF MOTION**<br><br>17-cv-04267(WFK)(ARL)<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable William F. Kuntz, II, at the United States District Court for the Eastern District of New York, located in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing Plaintiffs' claims pursuant to Fed. R. Civ. Proc. 12(b)(1), and any such relief as the Court deems just and proper.

Dated: New York, New York
July 25, 2025

By: /s/ Thomas E.L. Dewey

DEWEY PEGNO & KRAMARSKY LLP
Thomas E.L. Dewey
777 Third Avenue – 29th Floor
New York, New York 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325
tdewey@dpklaw.com