UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOAQUIN ORELLANA CASTANEDA and GERMAN
HERNANDEZ ARGUETA, on behalf of
Themselves and all others similarly situated,

                  Plaintiffs,

-against-

COUNTY OF SUFFOLK; STEVEN BELLONE, *County Executive, County of Suffolk, in his Official Capacity*; SUFFOLK COUNTY SHERIFF'S OFFICE; VINCENT F. DEMARCO, *Sheriff, Suffolk County Sheriff's Office, in his Official Capacity;* ERROL TOULON, JR., *Sheriff, Suffolk County Sheriff's Office, in his Official Capacity*; and other individuals in charge to be identified,

                  Defendants.

**NOTICE OF APPEAL**

17-cv-04267(WFK)(ARL)

PLEASE TAKE NOTICE that Defendants County of Suffolk, Steven Bellone, Suffolk County's Sheriff's Office, Vincent F. DeMarco and Erroll Toulon, Jr. in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Decision and Order entered in this action on September 29, 2025.

Dated: New York, New York
      September 30, 2025

Respectfully submitted,

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 29th Floor
New York, NY 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325
Email: tdewey@dpklaw.com

By:   /s/ Thomas E.L. Dewey
*Attorney for Defendants County of Suffolk, Steven Bellone, Suffolk County Sheriff's Office, Vincent F. DeMarco and Errol Toulon, Jr.*