**DEWEY PEGNO & KRAMARSKY LLP**

777 THIRD AVENUE   NEW YORK, NEW YORK   10017

PHONE: (212) 943-9000   FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

September 30, 2025

**VIA ECF**

Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11021

  Re: *Orellana Castaneda v. County of Suffolk et. al, 2:17-cv-04267-WFK-ARL (E.D.N.Y.)*

Dear Judge Kuntz:

  Earlier today, Defendants filed a Notice of Appeal of the Court's September 29, 2025 Decision and Order denying Defendants' motion to dismiss. Dkt. 211. As a result, the proceedings in this Court are stayed pending the Second Circuit's resolution of Defendants' appeal. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982); *see also* Dkt 181 (denying "as moot" Defendants' February 24, 2025 Motion to Stay Pending Appeal). Defendants will of course keep the Court timely informed of developments in the Second Circuit.

              Respectfully submitted,

              _____

              Thomas E.L. Dewey
              Dewey Pegno & Kramarsky LLP
              777 3rd Ave 29th Floor
              New York, NY 10017
              tdewey@dpklaw.com

cc: All Counsel of Record (By ECF)