# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-five.

Before:	Myrna Pérez,
	*Circuit Judge.*

_____

Joaquin Orellana Castaneda, German Hernandez Argueta,

      Plaintiff - Appellees,

v.

County of Suffolk, Steven Bellone, Suffolk County Sheriff's Office, Vincent F. DeMarco, Errol Toulon, Jr.,

      Defendants - Appellants,

United States Department of Homeland Security, et al.,

      Defendants.
_____

**ORDER**

Docket No. 25-2395

Appellants move to stay the scheduled district court proceedings pending this Court's determination of the appeal and they seek an administrative stay until the Court rules on the motion.

IT IS HEREBY ORDERED an administrative stay is DENIED. The stay motion is REFERRED to the panel assigned to hear the motion to dismiss filed on October 13, 2025. Noting that opposition to the motion to dismiss was filed on October 23, 2025, both the stay motion and the motion to dismiss shall be expedited and referred to the first available motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/23/2025