# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Orellana Castaneda, et al. <br> *Plaintiff* <br> v. <br> County of Suffolk and Suffolk County Sheriff's Office <br> *Defendant* | Civil Action No. 17-CV-4267 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of **0.00** %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Jury finds in favor of the Class Plaintiffs, Joaquin Orellana Castaneda and German Hernandez Argueta, et al. and against the Defendants County of Suffolk, Suffolk County Sheriff's Office, Ed Romaine (County Executive, Suffolk County), and Errol Toulon, Jr. (Sheriff, Suffolk County) for the total amount of One Hundred and Twelve Million Dollars ($112,000,000.00), consisting of actual compensatory damages in the amount of Seventy Five Million Dollars ($75,000,000.00) caused by the violations of Class Plaintiffs' Forth Amendment rights and New York State constitutional rights and Thirty Seven Million Dollars ($37,000,000.00) in actual compensatory damages caused by the violations of Class Plaintiffs' procedural due process rights. The class members comprising Class Plaintiffs are defined in the Court's order certifying the class (ECF No. 190) and the Report and Recommendation adopted therein (ECF No. 129).

This action was *(check one)*:

☑ tried by a jury with Judge **William F. Kuntz, II** presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 11/12/25

CLERK OF COURT

*Gina Ortiz*
*Signature of Clerk or Deputy Clerk*