UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ORELLANA CASTANEDA, *et al.*,     :

              Plaintiffs,     :     **COURT 3A**
v.     :     **VERDICT SHEET**
     :     17-CV-4267 (WFK) (ARL)
COUNTY OF SUFFOLK and SUFFOLK     :
COUNTY SHERIFF'S OFFICE, *et al.*,     :

              Defendants.     :
---------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Nothing in this Verdict Sheet is meant to suggest what your verdict should be. You alone have the responsibility to decide the verdict. Please answer each question in the order given.

I. **FOURTH AMENDMENT AND NEW YORK STATE CONSTITUTIONAL CLAIMS**

   1. The Court has already determined Defendants' detention of Class Plaintiffs violated their Fourth Amendment rights under the United States Constitution and rights under the New York State Constitution. The only question for you is the appropriate amount of monetary damages to be awarded to class members for the violation of these rights.

   2. State the total dollar amount of any actual compensatory damages caused by the violations of Class Plaintiffs' Fourth Amendment rights and New York State constitutional rights:

      i. $ *75 million*

II. **CONSITUTIONAL PROCEDURAL DUE PROCESS CLAIM**

   1. Have Class Plaintiffs proven by a preponderance of the evidence that they were not provided with adequate procedural due process in connection with their detention?

      i. Circle: ( **YES** / NO )

      ii. If you answered "YES," proceed to Question I(2).

   2. State the total dollar amount of any actual compensatory damages caused by the violations of Class Plaintiffs' procedural due process rights:

      i. $ *37 million*

Your deliberations are complete.

* * *

*The Jury Foreperson should date and sign this Special Verdict Sheet*

Dated: __11/7__, 2025          Signed: _____NN_____
                                        Jury Foreperson