UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ORELLANA CASTANEDA, et al.,

                Plaintiffs,

v.                                             **ORDER**
                                            17-CV-4267 (WFK) (ARL)
COUNTY OF SUFFOLK and SUFFOLK COUNTY
SHERIFF'S OFFICE, et al.,

                Defendants.
----------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

      Counsel for Defendants failed to comply with the individual rules of this Court, the Local Rules of the Eastern District of New York, and the Federal Rules of Civil Procedure. To correct their failure to comply, the Court orders counsel to file the following documents on ECF:

- Defense counsel's Proposed Jury Instructions;
- Defense counsel's Proposed Verdict Sheet; and
- Defense counsel's Explanatory Letter to the Court, dated October 17, 2025.

      In the future, counsel would be well-advised to comply with the individual rules of this Court, the Local Rules of the Eastern District of New York, and the Federal Rules of Civil Procedure.

                                        **SO ORDERED.**

                                            **s/WFK**

                                    HON. WILLIAM F. KUNTZ, II
                                    UNITED STATES DISTRICT JUDGE

Dated: November 20, 2025
       Brooklyn, New York