# MANDATE

E.D.N.Y. – C. Islip
17-cv-4267
Kuntz, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of October, two thousand twenty-five.

Present:

    Barrington D. Parker,
    Eunice C. Lee,
    Maria Araújo Kahn,
        *Circuit Judges*.

---

Joaquin Orellana Castaneda, German Hernandez Argueta,

    *Plaintiffs-Appellees*,

v.      25-2395

County of Suffolk, et al.,

    *Defendants-Appellants*,

United States Department of Homeland Security, et al.,

    *Defendants*.

---

Appellants move for a stay of district court proceedings pending appeal; Appellees move to dismiss the appeal as taken from a nonfinal order. Upon due consideration, it is hereby ORDERED that Appellees' motion to dismiss is GRANTED and the appeal is DISMISSED. This Court lacks jurisdiction because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291 and there is no other basis for immediate appeal. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008) ("A final judgment or order is one that conclusively determines all pending claims of all the parties to the litigation, leaving nothing for the [district] court to do but execute its decision."); *see also Ashcroft v. Iqbal*, 556 U.S. 662, 672 (2009) (stating that the denial of immunity at the motion-to-dismiss stage is immediately appealable provided it turns on an issue of law); *In re Credit Indus Corp.*, 366 F.2d 402, 411 (2d Cir. 1996) ("Waiver is

MANDATE ISSUED ON 12/31/2025

a question of fact."); *accord Maye v. City of New Haven*, 89 F.4th 403, 407 (2d Cir. 2023) (denying an immediate appeal of a district court order denying qualified immunity where the city defendant raised a late qualified immunity defense because the collateral order doctrine did not apply).

It is further ORDERED that Appellants' motion for a stay is DENIED as moot.

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit