UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOAQUIN ORELLANA CASTANEDA and GERMAN HERNANDEZ ARGUETA, on behalf of Themselves and all others similarly situated,

Plaintiffs,

-against-

COUNTY OF SUFFOLK; STEVEN BELLONE, *County Executive, County of Suffolk, in his Official Capacity*; SUFFOLK COUNTY SHERIFF'S OFFICE; VINCENT F. DEMARCO, *Sheriff*, *Suffolk County Sheriff's Office, in his Official Capacity;* ERROL TOULON, JR., *Sheriff, Suffolk County Sheriff's Office, in his Official Capacity*; and other individuals in charge to be identified,

Defendants.

**NOTICE OF APPEAL**

17-cv-04267(WFK)(ARL)

PLEASE TAKE NOTICE that Defendants County of Suffolk, Steven Bellone, Suffolk County's Sheriff's Office, Vincent F. DeMarco and Erroll Toulon, Jr. in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit the Final Judgment entered on November 12, 2025 (ECF No. 287), the Court's June 24, 2026 Decision and Order denying Defendant's post-trial motions under Fed. R. Civ. Proc. 50 and 59 (ECF No. 317), and all prior orders, rulings, and decisions that merge into the Final Judgment.

Dated: New York, New York
July 23, 2026

Respectfully submitted,

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 29th Floor
New York, NY 10017
Tel.: (212) 943-9000
Fax: (212) 943-4325
Email: tdewey@dpklaw.com

By: /s/ Thomas E.L. Dewey
*Attorney for Defendants County of Suffolk, Steven Bellone, Suffolk County Sheriff's Office, Vincent F. DeMarco and Errol Toulon, Jr.*